# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0391. MARK W. CODY v. THE STATE.**

Mark Cody was convicted of aggravated sodomy, two counts of aggravated child molestation, child molestation, and two counts of false imprisonment, and his convictions were affirmed on appeal. See *Cody v. State*, 324 Ga. App. 815 (752 SE2d 36) (2013). He subsequently filed a motion titled "The Court Lacked Jurisdiction and Venue," claiming that his convictions must be vacated. The trial court dismissed the motion, and Cody filed this appeal. We, however, lack jurisdiction.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed. See *Williams v. State*, 287 Ga. 192, 192, 194 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). A direct appeal may lie from the denial of a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is void. See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

Here, Cody's motion does not allege that his sentence exceeds the maximum allowed by law. Instead, Cody alleges various deficiencies in the indictment and grand jury proceeding, erroneous evidentiary rulings, and ineffective assistance of

counsel. These are not valid void-sentence arguments. Accordingly, Cody's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __03/12/2021__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*